ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.Park@Bewleylaw.com

Attorneys for Plaintiff
Aviation Consultants, Inc.,
a California corporation,
dba ACI Jet

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| AVIATION CONSULTANTS, INC., a California corporation, dba ACI JET<br><br>Plaintiff,<br><br>v.<br><br>DELUX PUBLIC CHARTER, LLC, a Delaware limited liability company; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant | CASE NO.:  8:21-cv-00096<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE {FRCP 41} |

Notice is hereby given that, pursuant to FRCP 41(a), plaintiff hereby voluntarily

1

Notice of Voluntary Dismissal

1    dismisses the subject action without prejudice.

2                                BEWLEY, LASSLEBEN & MILLER, LLP

4                                By: _____

5                                     Ernie Zachary Park,
                                    Attorney for Plaintiff

Notice of Voluntary Dismissal